

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00100-CV

| | | |
|---|---|---|
| In the Matter of P.E.J. | § | From County Court at Law No. 1 |
| | § | of Wichita County (37639-LR-D) |
| | § | August 15, 2013 |
| | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgments. It is ordered that the judgments of the trial court are affirmed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM